IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:22cr373-MHT
                            )            (WO)
WILLIAM TYLER MERRITT       )
```

SUPPLEMENTAL ORDER ON MENTAL-HEALTH RELATED CONDITIONS
OF SUPERVISED RELEASE

In accordance with and in addition to the conditions of supervision in the judgment of conviction entered today, it is ORDERED that, within 30 days of the commencement of supervised release, the United States Probation Office shall:

(1) Arrange for defendant William Tyler Merritt to receive mental-health treatment in accordance with the detailed recommendations of Dr. Holly Kaufman. *See* Forensic Psychological Evaluation (Doc. 29-1) at 24-25. Such treatment shall include individual psychotherapy to address defendant Merritt's maladaptive coping skills and problem-solving abilities, with an additional focus on his chronic and complex trauma

history and related posttraumatic stress disorder. If possible, the psychologist should be trained in cognitive-behavioral therapy (CBT) and dialectical behavior therapy (DBT) modalities.

(2) Arrange for the psychologist specifically to determine whether defendant Merritt is at risk of suicide or other forms of self-harm, in line with Dr. Kaufman's additional recommendations. *See* Forensic Psychological Evaluation (Doc. 29-1) at 25.

(3) Arrange for additional treatment by a psychiatrist (or another qualified mental-health provider licensed to prescribe psychotropic medication) for the purposes of medication management and to address diagnoses of anxiety, depression, and posttraumatic-stress symptoms, consistent with the recommendations of Dr. Bhushan Agharkar. *See* Psychiatric Evaluation (Doc. 29-2) at 3-4.

(4) Provide each mental-health provider with copies of the evaluations by Drs. Kaufman and Agharkar prior to their appointments with Merritt.

It is further ORDERED that, within 90 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Merritt is faring.

DONE, this the 18th day of August, 2023.

                                            /s/ Myron H. Thompson
                                            **UNITED STATES DISTRICT JUDGE**