IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:22cr373-MHT
                            )            (WO)
WILLIAM TYLER MERRITT       )
```

ORDER

Because defendant William Tyler Merritt already tested positive for methamphetamine on February 21, 2024, Noncompliance Summary Report (Doc. 41) at 1; because he was over two hours late for his post-release status conference on February 28, 2024; because he tested positive for methamphetamine on the same day (although the drug test may have detected residual methamphetamine in his system); because he stated during the status conference that the amount of methamphetamine he had used after his release from state custody was "substantial"; and because he further stated during the status conference that he needed help with his drug addiction (including inpatient treatment), it is ORDERED that an on-the-record status

conference, by Zoom, is set for March 12, 2024, at 8:30 a.m., to discuss a treatment plan for defendant Merritt.  Government counsel, defense counsel, and the supervising probation officer are to be present.

DONE, this the 29th day of February, 2024.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE