IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
    v.                        )        2:22cr373-MHT
                              )            (WO)
WILLIAM TYLER MERRITT         )
```

### ORDER

Upon consideration of the government's unopposed motion to dismiss the revocation petition and terminate supervision, made orally at the hearing today, and for the reason stated on the record today, it is ORDERED that:

(1) The motion is granted.

(2) The revocation petition (Doc. 47) is dismissed.

(2) The term of supervised release of defendant William Tyler Merritt is terminated effective immediately, and defendant Merritt is discharged.

DONE, this the 7th day of November, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE